**FILED**

OA 91 Criminal Complaint

# United States District Court

OCT 1 9 2007

RICHARD W WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__NORTHERN__   DISTRICT OF   __CALIFORNIA__

UNITED STATES OF AMERICA
V.
TORRES-PAVON, JOSE DAVID

CRIMINAL COMPLAINT 

Case Number: 3 - 0 7 - 7 0 6 0 3

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about __October 10, 2007__ in __San Francisco__ County, in the __Northern__ District of __California__ defendant(s) did,
(Date)

(Track Statutory Language of Offense)

SEE ATTACHMENT "A"

in violation of Title __8__ United States Code, Section(s) __1326__ .

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT MADE A PART HEREOF

PENALTIES: Imprisonment for not more than twenty (20) years and/or a fine of not more than two-hundred fifty thousand ($250,000.00) dollars, a one-hundred ($100.00) dollar special assessment, and three (3) years supervised release.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Approved
As To
Form: _____
AUSA

Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

__10/19/07__   at   __San Francisco, California__
Date                                                                City and State

HONORABLE NANDOR J. VADAS   U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer                                 Signature of Judicial Officer

## ATTACHMENT "A"

On or about October 10, 2007, the defendant, Jose David Torres-Pavon, an alien having been previously deported from the United States, was found in San Francisco County, in the State and Northern District of California, without having obtained express consent for reapplication for admission from either the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557).

| | |
|---|---|
| STATE AND NORTHERN DISTRICT OF CALIFORNIA | ) |
| | ) ss, AFFIDAVIT |
| CITY AND COUNTY OF SAN FRANCISCO | ) |

I, Cesar J. Lopez, being duly sworn, do hereby state:

1. I have been a Deportation Officer with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement (ICE), formerly the United States Department of Justice (DOJ), Immigration and Naturalization Service (INS), for approximately nineteen (19) years.

2. I am currently assigned under the Field Office Director, San Francisco, California (FOD/SF) in the Detention and Removal Operations (DRO) Division. I am presently assigned to the Prosecutions Unit of the Criminal Alien Program (CAP) a group that is responsible for enforcing federal criminal statutes involving criminal aliens who reenter the United States illegally. In such capacity, I have reviewed the official DHS records (A70 173 837) and DHS automated data relating to Jose David Torres-Pavon ("Torres-Pavon"), which attests to the following:

   a. Torres-Pavon is a thirty-four (34) year-old male, native and citizen of Honduras. This information is based on Torres-Pavon's sworn statements dated September 1, 1999, and October 12, 2007.

   b. Torres-Pavon admitted in his October 12, 2007 sworn statement that he entered the United States illegally by crossing the international border on September 27, 2006, at San Ysidro, California, in an unknown manner, without first having obtained the consent of the Attorney General of the United States or the U.S. Secretary of Homeland Security.

   c. Torres-Pavon also admitted in his October 12, 2007 sworn statement that he had been previously deported in 2001. In addition, Torres-Pavon stated that both of his parents were citizens from Honduras who were never naturalized citizens of the United States.

   d. Torres-Pavon's official Alien Registration File contains four (4) executed Warrants of Removal/Deportation indicating that Torres-Pavon was deported from the United States to Mexico on May 13, 1995 and October 9, 1996 through Calexico, California. On May 11, 1999 Torres-Pavon was deported to Mexico through Laredo, Texas. Additionally, Torres-Pavon was last deported from the United States to Honduras on March 14, 2001 through Phoenix, Arizona.

3. On October 10, 2007 ICE encountered Torres-Pavon pursuant to his release from the San Francisco County Jail in San Francisco, California. After being advised of his Miranda / Consular Notification Rights, Torres-Pavon voluntarily provided a signed sworn statement.

4. On October 15, 2007 a full set of rolled fingerprints belonging to Torres-Pavon was submitted to the Automated Fingerprint Identification Center ("AFIS"), for verification of identity. The fingerprint examiner positively identified the fingerprint as belonging to Torres-Pavon who had previously been removed from the United States as referenced above in paragraph 2.

5. There is no indication in the official files of the United States Department of Homeland Security that Torres-Pavon ever applied for or obtained the permission of the United States Attorney General or the Secretary of Homeland Security to reenter the United States.

6. On the basis of the facts above, I am applying for a criminal complaint because I believe there is probable cause that Jose David Torres-Pavon is an alien who, having been previously deported from the United States, has been found in the United States without the required permission, and is in violation of Title 8, United States Code, Section 1326.

                                Cesar L. Lopez
                                Deportation Officer
                                U.S. Department of Homeland Security
                                Immigration and Customs Enforcement
                                San Francisco, California

Subscribed and sworn to before me this 19 day of October 2007 at San Francisco, CA

                                Honorable Nandor J. Vadas
                                United States Magistrate Judge
                                Northern District of California
                                San Francisco, California