AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ JOSE DAVID TORRES-PAVON

E-filing

**DISTRICT COURT NUMBER**

CR 07 - 0697 CRB

**PENALTY:**
Maximum Prison Term of Twenty Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. 07-70608

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ALBERT B. SAMBAT

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year  10/10/2007

Or... If Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

FILED NOV - 1 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**

FILED
07 NOV -1 PM 3:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

v.

JOSE DAVID TORRES-PAVON,

E-filing

**CR 07    0697**

**CRB**

DEFENDANT.

---

## INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

_Indct_

A true bill.

_____
Foreman

Filed in open court this _____ day of 11/1/2007

_____
Clerk

Bail, $ No process

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,        ) No. CR 07 -0697
                                      )
13 |     Plaintiff,                   ) VIOLATION: 8 U.S.C. § 1326 – Illegal
                                      ) Reentry Following Deportation
14 |   v.                             )
                                      )
15 | JOSE DAVID TORRES-PAVON,         ) SAN FRANCISCO VENUE
                                      )
16 |   Defendant.                     )
                                      )
17 |_____)
18
19
                    I N D I C T M E N T
20
The Grand Jury charges:
21
    On or about April 10, 2001, May 11, 1999, October 9, 1996, and May 13, 1995, the
22
defendant,
23
                JOSE DAVID TORRES-PAVON,
24
an alien, was excluded, deported and removed from the United States, and thereafter, on or about
25
October 10, 2007, was found in the Northern District of California, the Attorney General of the
26
United States and the Secretary of Homeland Security not having expressly consented to a
27
//
28
//

INDICTMENT

1  re-application by the defendant for admission into the United States, in violation of Title 8, United
2  States Code, Section 1326.
3
4  DATED:                                               A TRUE BILL.
5  11-1-07
6                                                      FOREPERSON
7  SCOTT N. SCHOOLS
   United States Attorney
8
9
10 GREG W. LOWDER
   Chief, Major Crimes Division
11
12 (Approved as to form: _____)
            SAUSA SAMBAT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT