SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
   E-Mail: albert.sambat2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE DAVID TORRES-PAVON,<br><br>    Defendant. | Criminal No. CR 07-0697 CRB<br><br>**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 2, 2007 TO NOVEMBER 28, 2007** |

    The parties appeared before the Honorable Bernard Zimmerman on November 2, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 2, 2007 to November 28, 2007, in light of the scheduling unavailability of the District Court's calendar to entertain an initial appearance in this matter prior to November 28, 2007.

    2. Given these circumstances, the Court found that good cause was shown that the ends of justice served by excluding the period from November 2, 2007 to November 28, 2007,

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0697 CRB**

outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 2, 2007 to November 28, 2007 be excluded from Speedy Trial Act calculations.

IT IS SO STIPULATED.

DATED: 11/2/07                          /s/
                                        JODI LINKER (Stand In)
                                        GEOFFREY HANSEN
                                        Counsel for Jose David Torres-Pavon

DATED: 11/2/07                          /s/
                                        ALBERT B. SAMBAT
                                        Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____
                                        THE HON. BERNARD ZIMMERMAN
                                        United States Magistrate Judge