SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    E-Mail: albert.sambat2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0697 CRB |
|     Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] **ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 2, 2007 TO NOVEMBER 28, 2007** |
| JOSE DAVID TORRES-PAVON, ) | |
|     Defendant. ) | |

    The parties appeared before the Honorable Bernard Zimmerman on November 2, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 2, 2007 to November 28, 2007, in light of the scheduling unavailability of the District Court's calendar to entertain an initial appearance in this matter prior to November 28, 2007.

    2. Given these circumstances, the Court found that good cause was shown that the ends of justice served by excluding the period from November 2, 2007 to November 28, 2007,

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0697 CRB**

outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 2, 2007 to November 28, 2007 be excluded from Speedy Trial Act calculations.

IT IS SO STIPULATED.

DATED: 11/2/07             /s/
JODI LINKER (Stand In)
GEOFFREY HANSEN
Counsel for Jose David Torres-Pavon

DATED: 11/2/07             /s/
ALBERT B. SAMBAT
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/5/2007            
THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge



**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0697 CRB**    2