| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **November 28, 2007**

Reporter: **Sylvia Russo**

| | |
|---|---|
| **Case No:** CR-07-067-CRB | **DEFT:** JOSE TORRES-PAVON<br>(X)Present |
| AUSA: Albert Sambat<br>Spanish Interpreter: Melissa Basker | DEF ATTY: Geoffrey Hansen |

**REASON FOR HEARING** Status Conference

**RESULT** Held, matter set for an open plea

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** December 05, 2007 @ 2:15 p.m. **for** Change of Plea

**JUDGMENT** _____

Notes: defendant remanded to custody