| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **December 5, 2007**

Reporter: **James Yeomans**

Case No: **CR-07-0697-CRB**

AUSA: **Albert Sambat**
Spanish Interpreter: Melinda Basker

**FILED**

DEC - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFT: **JOSE TORRES-PAVON**
(X)Present

DEF ATTY: **Geoffrey Hansen**

**REASON FOR HEARING** Change of Plea

**RESULT** defendant placed under oath, enters a plea of guilty to the indictment. The Court accepts the plea of guilty and the defendant is adjudged guilty.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** February 20, 2008 @ 2:15 p.m.  **for** Judgment and Sentencing

**JUDGMENT** _____

Notes: Defendant remanded to custody.