IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00697 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| JOSE TORRES-PAVON, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the sentencing currently on calendar for Wednesday, February 20, 2008 **to10:00 a.m. on February 20, 2008** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 31, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy