| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**



Date: **February 20, 2008**

FEB 2 0 2008

Reporter: **Margo Gurule**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: CR-07-0697-CRB

DEFT: JOSE TORRES-PAVON
(X)Present

AUSA: Albert Sambat
Spanish Interpreter: Melinda Basker

DEF ATTY: Geoffrey Hansen

**REASON FOR HEARING** Judgment and Sentencing

**RESULT** Defendant sentenced; defendants motion for downward departure granted.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ **for** _____

**JUDGMENT** forty-six (46) months upon release to three (3) years supervised release under the standard and additional conditions set forthwith. Assessment fee: $100.00; Fine: waived.

Notes: defendant remanded to custody